# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Francisco Curbelo ,

    Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                3:09CV150-3-MU
                                                   (3:99CR109-MU)

United States of America,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 12, 2009 Order.

                                                       Signed: May 12, 2009

                                                       Frank G. Johns, Clerk
                                                       United States District Court